- 1 -

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHASE HAMANO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>Defendants. | Case No. 1:19-cv-01741<br>Honorable Jorge L. Alonso<br><br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS ACTIVISION INC., ROBERT A. KOTICK, AND COLLISTER JOHNSON'S MOTION TO TRANSFER VENUE

Defendants Activision Blizzard, Inc. ("Activision"), Robert A. Kotick, and Collister Johnson (collectively "Moving Defendants") hereby move this Court for an order transferring this action to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a). Litigating this action in the Central District of California will be more convenient for the parties and potential witnesses, and would better serve the interests of justice.

In support of this motion, Moving Defendants state as follows:

**1.** This case should be transferred to the Central District of California because (1) venue is proper in this district and in the Central District of California; (2) the Central District of California is more convenient for the parties and witnesses because it is where Activision is headquartered and where the factual center of gravity lies; and (3) the transfer would serve the interests of justice because the Central District of California has a lighter docket, and a substantially identical first-filed suit is already pending in that district.

2. First, venue is proper in this district because Activision "transacts business" in this district. Venue is proper in the Central District of California because Activision is headquartered in Santa Monica, California, and the Central District of California is the factual center of gravity, where the allegedly false and misleading statements were prepared, disseminated, or filed.

3. Second, the Central District of California is the most convenient district for the parties and the witnesses because all individuals with knowledge of the allegedly false and misleading public statements reside or transact business on the West Coast. Additionally, all corporate documents and records reflecting information relevant to this action are located at Activision's headquarters in Santa Monica, California. Indeed, California is the situs of material events as all public statements at issue, including the SEC filings, were prepared, filed, or disseminated from California. Furthermore, the Court should accord little weight to Plaintiff's choice of forum because he is not a resident of Illinois (but instead, Hawaii) and Plaintiff seeks to represent a putative nationwide class of shareholders.

4. Lastly, the interests of justice weigh in favor of transfer. The relative docket congestion and time to trial in this district compared to the Central District of California favors transfer. Additionally, a first-filed action is already pending in the Central District of California, with substantially identical claims and defendants to this action.

5. In further support of this motion, Moving Defendants contemporaneously submit the Memorandum of Points and Authorities, the Declaration of Koji F. Fukumura, the Declaration of Jonathan D. Roux, all records and papers on file in this action, oral argument offered at any hearing on this motion, and such other matters of record that this Court deems proper.

WHEREFORE, Moving Defendants hereby move this Court for entry of an order transferring this case to the Central District of California.

|  |  |
|---|---|
| Dated: March 19, 2019 | H. NICHOLAS BERBERIAN (3121551)<br>COLLETTE A. WOGHIREN (6312422)<br>NEAL, GERBER & EISENBERG LLP<br>Two North Lasalle Street, Suite 1700<br>Chicago, Il 60602-3801<br>Telephone: (312) 269-8000<br><br>By: */s/ H. Nicholas Berberian*<br>     H. Nicholas Berberian<br><br>KOJI F. FUKUMURA (*pro hac vice* forthcoming)<br>RYAN E. BLAIR (*pro hac vice* forthcoming)<br>COOLEY LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br><br>Attorneys for Defendants<br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, and<br>COLLISTER JOHNSON |

- 3 -