UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHASE HAMANO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>Defendants. | Case No. 1:19-cv-01741<br>Honorable Jorge L. Alonso<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, March 26, 2019, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Jorge L. Alonso or any judge sitting in his stead, in Courtroom 1903 at the Everett McKinley Dirksen Building, United States Courthouse, located at 219 S. Dearborn St, Chicago, IL 60604, and then and there present Defendants Activision Blizzard, Inc.'s, Robert A. Kotick's, and Collister Johnson's Motion to Transfer Venue, a copy of which is served upon you.

- 2 -

Dated: March 19, 2019

H. NICHOLAS BERBERIAN (3121551)
COLLETTE A. WOGHIREN (6312422)
NEAL, GERBER & EISENBERG LLP
Two North Lasalle Street, Suite 1700
Chicago, Il 60602-3801
Telephone: (312) 269-8000

By: /s/ *H. Nicholas Berberian*
    H. Nicholas Berberian

KOJI F. FUKUMURA (*pro hac vice* forthcoming)
RYAN E. BLAIR (*pro hac vice* forthcoming)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000

Attorneys for Defendants
ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, and
COLLISTER JOHNSON

## CERTIFICATE OF SERVICE

Collette A. Woghiren, an attorney, states that she caused a copy of the **NOTICE OF MOTION**, **DEFENDANTS ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, AND COLLISTER JOHNSON'S MOTION TO TRANSFER VENUE** and **DEFENDANTS ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, AND COLLISTER JOHNSON'S MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER VENUE** to be served on:

Marvin A. Miller
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, Illinois 60603
Tel. (312) 332-3400
Fax. (312) 676-2676
mmiller@millerlawllc.com

via electronic filing using the United States District Court for the Northern District of Illinois CM/ECF system which sent notification of such filing on the 19th day of March, 2019.

/s/   Collette A. Woghiren