UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHASE HAMANO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>Defendants. | Case No. 1:19-cv-01741<br><br>CLASS ACTION<br><br>Honorable Jorge L. Alonso |

**MOTION OF THE R N CROFT FINANCIAL GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Movants Robert Landry and R N Croft Financial Group, Inc. (collectively, "R N Croft Financial Group" or "Movant"), by and through its counsel, respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (1) appointing movant as Lead Plaintiff on behalf of all persons that purchased or otherwise acquired Activision Blizzard, Inc. ("Activision Blizzard" or the "Company") securities during the Class Period (defined in this Action as August 2, 2018 and January 10, 2019, inclusive); (2) approving movant's selection of counsel as Lead Counsel and Liaison Counsel; and (3) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movant submits a Memorandum of Law, the Declaration of Mark Levine and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movant is the most adequate plaintiff, as defined by the PSLRA, based on its collective losses of approximately $806,000 suffered as a result of Defendants' wrongful conduct as alleged in the above-captioned Action. Further, Movant satisfies

the relevant requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as its claims are typical and it will fairly and adequately represent the interests of the class.

Dated: March 19, 2019                  Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: /s/ Carol V. Gilden
Carol V. Gilden
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Atty ID: 6185530
t: 312.357.0370
f: 312.357.0369
cgilden@cohenmilstein.com


**LEVI & KORSINSKY, LLP**
Mark Levine
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Email: mlevine@zlk.com

Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com

*Attorneys for Movant R N Croft Financial Group*

## **CERTIFICATE OF SERVICE**

    I, Carol V. Gilden, the undersigned attorney, hereby certify that on the 19th day of March, 2019, I caused to be served a copy of the within and **Motion of the R N Croft Financial Group as Lead Plaintiff and Approval of Selection of Counsel** via the Court's CM/ECF system, on all counsel of record.

                                          /s/ Carol V. Gilden
                                          Carol V. Gilden