UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHASE HAMANO, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON, <br><br> Defendants. | Case No. 1:19-cv-01741 <br><br> <u>CLASS ACTION</u> <br><br> Honorable Jorge L. Alonso |

**NOTICE OF PRESENTMENT OF THE MOTION OF THE R N CROFT FINANCIAL GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 5.3(b) of the Local Rules of the U.S. District Court for the Northern District of Illinois, the Robert Landry and the R N Croft Financial Group, Inc. (collectively, "R N Croft Financial Group" or "Movant") will present its Motion for the entry of Order: appointing R N Croft Financial Group as Lead Plaintiff on behalf of the Class of all persons that purchased or otherwise acquired Activision Blizzard, Inc. ("Activision Blizzard" or the "Company") securities during the Class Period (defined in this Action as August 2, 2018 and January 10, 2019, approving R N Financial Group's selection of Levi & Korsinsky LLP as Lead Counsel for Plaintiff and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the Class on Wednesday, April 3, 2019, at 9:30 A.M., before the Honorable Jorge L. Alonso, or such other judge as may be sitting in his stead, in Room 1903 of the U.S. District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois 60604.

Dated: March 19, 2019                                    Respectfully submitted,


**COHEN MILSTEIN SELLERS
& TOLL PLLC**

By:  /s/ Carol V. Gilden_____
Carol V. Gilden
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Atty. ID:  6185530
t: 312.357.0370
f: 312.357.0369
cgilden@cohenmilstein.com


**LEVI & KORSINSKY, LLP**

Mark Levine
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Email: mlevine@zlk.com

Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com

*Attorneys for Movant R N Croft Financial Group*

## CERTIFICATE OF SERVICE

I, Carol V. Gilden, the undersigned attorney, hereby certify that on the 19th day of March, 2019, I caused to be served a copy of the within and **Motion of the R N Croft Financial Group as Lead Plaintiff and Approval of Selection of Counsel** via the Court's CM/ECF system, on all counsel of record.

/s/ Carol V. Gilden
Carol V. Gilden