UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHASE HAMANO, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>          Defendants. | Case No. 1:19-cv-01741<br><br>CLASS ACTION<br><br>Honorable Jorge L. Alonso |

**DECLARATION OF MARK LEVINE IN SUPPORT OF THE MOTION OF THE R N CROFT FINANCIAL GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, MARK LEVINE, declare as follows:

    1.    I am of counsel with the law firm of Levi & Korsinsky, LLP, proposed lead counsel for Lead Plaintiff Movants Robert Landry and R N Croft Financial Group, Inc. (collectively, "R N Croft Financial Group" or "Movant") in the above-captioned action. I submit this Declaration in support of Movant's Motion for entry of an Order: (1) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Activision Blizzard, Inc. ("Activision Blizzard" or the "Company") between August 2, 2018 and January 10, 2019, both dates inclusive; (2) approving Movant's selection of the law firm of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper.

    2.    Attached hereto as Exhibit A are true and correct copies of the PSLRA Certifications signed by each member of the R N Croft Financial Group attaching their transactions in Activision Blizzard.

3. Attached hereto as Exhibit B are true and correct copies of the loss charts detailing the losses sustained by the R N Croft Financial Group.

4. Attached hereto as Exhibit C is a true and correct copy of the R N Croft Financial Group's Joint Declaration filed in support of the Motion

5. Attached hereto as Exhibit D is a true and correct copy of the press release announcing the filing of the first-filed action, which was filed in the United States District Court for the Central District of California on January 18, 2019.

6. Attached hereto as Exhibit E is a true and correct copy of Levi & Korsinsky's firm résumé.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge. Executed this 19th day of March, 2019 at New York, New York.

                                              */s/ Mark Levine*
                                              Mark Levine

## CERTIFICATE OF SERVICE

I, Carol V. Gilden, the undersigned attorney, hereby certify that on the 19th day of March, 2019, I caused to be served a copy of the within and foregoing **Declaration of Mark Levine in Support of Motion of the R N Croft Financial Group for Appointment as Lead Plaintiff and Approval of Selection of Counsel** via the Court's CM/ECF system, on all counsel of record.

/s/ Carol V. Gilden
Carol v. Gilden