# Exhibit B

**<u>R N Croft Financial Group Loss Totals</u>**

| | | |
|---|---|---|
| R N Croft Financial Group Inc. | $ | 516,481.77 |
| Robert Landry | $ | 284,148.79 |
| TOTAL: | $ | 800,630.56 |

**Loss Chart**
Losses of Robert Landry in Activision Blizzard, Inc. (ATVI)

| Client Name | Robert Landry | | | | | | **LIFO Loss Total** | $284,148.79 |
|---|---|---|---|---|---|---|---|---|
| Company Name | Activision Blizzard, Inc. | **90 Day Lookback Average** | $44.4156 | | | | | |
| Ticker Symbol | ATVI | | | | | | | |
| Class Period Start | 8/2/2018 | | | | | | | |
| Class Period End | 1/10/2019 | | | | | | | |

| Acquisition/ Disposition Date | Type of Security | Quantity | Price | Total Cost/Proceeds | Acquisition/ Disposition Date | Quantity | Price | Avg. Sales Price on Date of Sale* | Total Cost/Proceeds | Securities Held at Close of Class Period | Per Security Value** | Retained Value | Total Proceeds/Loss (LIFO) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/7/2018 | Common Stock | 140 | $64.6300 | $9,048.2000 | 11/9/2018 | 140 | $65.4200 | | $9,158.8000 | - | 44.41555573 | $ - | ($110.60) |
| 11/7/2018 | Common Stock | 60 | $64.6300 | $3,877.8000 | 11/9/2018 | 60 | $65.3900 | | $3,923.4000 | - | 44.41555573 | $ - | ($45.60) |
| 11/7/2018 | Common Stock | 9,716 | $64.6400 | $628,042.2400 | 11/9/2018 | 9,716 | $65.3900 | | $635,329.2400 | - | 44.41555573 | $ - | ($7,287.00) |
| 11/7/2018 | Common Stock | 78 | $64.6400 | $5,041.9200 | 11/9/2018 | 78 | $65.4000 | | $5,101.2000 | - | 44.41555573 | $ - | ($59.28) |
| 11/7/2018 | Common Stock | 6 | $64.6400 | $387.8400 | 11/9/2018 | 6 | $65.4100 | | $392.4600 | - | 44.41555573 | $ - | ($4.62) |
| 11/13/2018 | Common Stock | 800 | $63.9700 | $51,176.0000 | | | | | $0.0000 | 800 | 44.41555573 | $ 35,532.44 | $15,643.56 |
| 11/13/2018 | Common Stock | 900 | $63.9900 | $57,591.0000 | | | | | $0.0000 | 900 | 44.41555573 | $ 39,974.00 | $17,617.00 |
| 11/13/2018 | Common Stock | 8,300 | $64.0000 | $531,200.0000 | | | | | $0.0000 | 8,300 | 44.41555573 | $ 368,649.11 | $162,550.89 |
| 11/14/2018 | Common Stock | 10,000 | $54.0000 | $540,000.0000 | | | | | $0.0000 | 10,000 | 44.41555573 | $ 444,155.56 | $95,844.44 |
| **TOTAL:** | | **30,000** | | **$1,826,365.00** | | **10,000** | | | **$653,905.10** | **20,000** | | **$ 888,311.11** | **$284,148.79** |

* Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

**Loss Chart**

Losses of R N Croft Financial Group Inc. in Activision Blizzard, Inc. (ATVI)

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | R N Croft Financial Group Inc. | | | **LIFO Loss Total** | $516,481.77 |
| **Company Name** | Activision Blizzard, Inc. | **90 Day Lookback Average**** | $44.4156 | | |
| **Ticker Symbol** | ATVI | | | | |
| **Class Period Start** | 8/2/2018 | | | | |
| **Class Period End** | 1/10/2019 | | | | |

| Acquisition/ Disposition Date | Type of Security | Quantity | Price | Total Cost/Proceeds | Acquisition/ Disposition Date | Quantity | Price | Avg. Sales Price on Date of Sale* | Total Cost/Proceeds | Securities Held at Close of Class Period | Per Security Value** | Retained Value | Total Proceeds/Loss (LIFO) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/2018 | Put, 11/16/2018 @ $70.00 | (223) | $3.3000 | ($73,590.0000) | Assigned | | | | | - | 44.41555573 | $ - | ($73,590.00) |
| 11/09/2018 | Common Stock, Pursuant to Assigned Put | 2,500 | $70.0000 | $175,000.0000 | 12/21/2019 | 2,500 | $45.0420 | | $112,605.0000 | - | 44.41555573 | $ - | $62,395.00 |
| 11/12/2018 | Common Stock, Pursuant to Assigned Put | 700 | $70.0000 | $49,000.0000 | 12/21/2019 | 700 | $45.0420 | | $31,529.4000 | - | 44.41555573 | $ - | $17,470.60 |
| 11/14/2018 | Common Stock, Pursuant to Assigned Put | 1,900 | $70.0000 | $133,000.0000 | 12/21/2019 | 1,900 | $45.0420 | | $85,579.8000 | - | 44.41555573 | $ - | $47,420.20 |
| 11/16/2018 | Common Stock, Pursuant to Assigned Put | 9,728 | $70.0000 | $680,960.0000 | 12/21/2019 | 9,728 | $45.0420 | | $438,168.5760 | - | 44.41555573 | $ - | $242,791.42 |
| 11/16/2018 | Common Stock, Pursuant to Assigned Put | 3,563 | $70.0000 | $249,410.0000 | 12/21/2019 | 3,563 | $45.0420 | | $160,484.6460 | - | 44.41555573 | $ - | $88,925.35 |
| 11/16/2018 | Common Stock, Pursuant to Assigned Put | 3,909 | $70.0000 | $273,630.0000 | 12/21/2019 | 3,909 | $45.0080 | | $175,936.2720 | - | 44.41555573 | $ - | $97,693.73 |
| 11/20/2018 | Common Stock | 1,600 | $49.1690 | $78,670.4000 | 12/21/2019 | 1,600 | $45.0080 | | $72,012.8000 | - | 44.41555573 | $ - | $6,657.60 |
| 11/20/2018 | Common Stock | 63 | $49.1360 | $3,095.5680 | 12/21/2019 | 63 | $45.0080 | | $2,835.5040 | - | 44.41555573 | $ - | $260.06 |
| 11/20/2018 | Common Stock | 4,537 | $49.1360 | $222,930.0320 | 12/21/2019 | 4,537 | $45.0630 | | $204,450.8310 | - | 44.41555573 | $ - | $18,479.20 |
| 11/20/2018 | Common Stock | 200 | $49.0820 | $9,816.4000 | 12/21/2019 | 200 | $45.0630 | | $9,012.6000 | - | 44.41555573 | $ - | $803.80 |
| 11/20/2018 | Common Stock | 1,800 | $49.0820 | $88,347.6000 | 12/21/2019 | 1,800 | $45.0960 | | $81,172.8000 | - | 44.41555573 | $ - | $7,174.80 |
| **TOTAL:** | | **30,500** | | **$1,890,270.00** | | **30,500** | | | **$1,373,788.23** | **-** | | **$ -** | **$516,481.77** |

* Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.