UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>      Defendants. | Civil Action No.: 1:19-cv-01741<br><br>CLASS ACTION<br><br>Hon. Jorge L. Alonso |

**MOTION MIN NING GOH AND ASG JAPAN LIMITED FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

  Min Ning Goh and ASG Japan Limited (collectively, "Goh and ASG Japan") hereby move this Court pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for the entry of an Order: (1) appointing Goh and ASG Japan as Lead Plaintiffs on behalf of all persons who purchased or otherwise acquired Activision Blizzard, Inc. securities between August 2, 2018 and January 10, 2019, both dates inclusive; and (2) approving Goh and ASG Japan's selection of Pomerantz LLP as Lead Counsel for the Class.

  Goh and ASG Japan, as the Proposed Lead Plaintiffs, have timely filed their motion and pursuant to the PSLRA and are believed to be the investors with the largest financial interest in the outcome of the litigation. The Proposed Lead Plaintiffs meets the requirements of the PSLRA and Fed. R. Civ. P. 23 in that their claims are typical of the claims of the class, and they will

fairly and adequately represent the interests of the class. The Proposed Lead Plaintiffs' choice of counsel should be accepted by this Court because the Proposed Lead Plaintiffs' selected counsel is a nationally recognized firm with extensive experience and expertise in securities fraud and other class actions.

In further support of this Motion, Goh and ASG Japan relies on the accompanying Memorandum of Law, as well as the Declaration of Jeremy A. Lieberman, filed herewith.

WHEREFORE, Goh and ASG Japan respectfully request that the Court issue an Order: (1) appointing Goh and ASG Japan as Lead Plaintiffs for the Class; and (2) approving the selection of Pomerantz as Lead Counsel.

Dated: March 19, 2019

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Jonathan D. Lindenfeld
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com
Email: jlindenfeld@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Movants and
Proposed Lead Counsel for the Class*

2

THE SCHALL LAW FIRM
Brian Schall
1880 Century Park East
Los Angeles, CA 90067
(424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Movants*