# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Other Persons Similarly Situated, | Civil Action No.: 1:19-cv-01741 |
| Plaintiff, | CLASS ACTION |
| v. | Hon. Jorge L. Alonso |
| ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON, | |
| Defendants. | |

**NOTICE OF MOTION OF MIN NING GOH AND ASG JAPAN LIMITED FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

TO: Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, March 26, 2019, at 9:30 a.m., Movants Min Ning Goh and ASG Japan Limited (collectively, "Goh and ASG Japan" or "Movants"), by and through their counsel, shall appear before the Honorable Jorge L. Alonso, or any Judge sitting in his stead, in Courtroom 1903 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Goh and ASG Japan's motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing Goh and ASG Japan as Lead Plaintiffs on behalf of all persons who purchased or otherwise acquired Activision Blizzard, Inc. ("Activision Blizzard" or the "Company") securities between August 2, 2018 and January 10, 2019, inclusive (the "Class Period"); and (2) approving their selection of Pomerantz LLP ("Pomerantz") as Lead Counsel for the Class.

| | |
|---|---|
| Dated: March 19, 2019 | Respectfully submitted, |
| | POMERANTZ LLP |
| | */s/ Jeremy A. Lieberman* |
| | Jeremy A. Lieberman |
| | J. Alexander Hood II |
| | Jonathan D. Lindenfeld |
| | 600 Third Avenue, 20th Floor |
| | New York, NY 10016 |
| | Telephone: (212) 661-1100 |
| | Facsimile: (212) 661-8665 |
| | Email: jalieberman@pomlaw.com |
| | Email: ahood@pomlaw.com |
| | Email: jlindenfeld@pomlaw.com |

1

POMERANTZ LLP
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

THE SCHALL LAW FIRM
Brian Schall
1880 Century Park East
Los Angeles, CA 90067
(424) 303-1964
Email:  brian@schallfirm.com

*Additional Counsel for Movants*