UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>      Defendants. | Civil Action No.: 1:19-cv-01741<br><br>CLASS ACTION<br><br>Hon. Jorge L. Alonso |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF MIN NING GOH AND ASG JAPAN LIMITED FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Min Ning Goh and ASG Japan Limited (collectively, "Goh and ASG Japan"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Goh and ASG Japan's motion for appointment as Lead Plaintiffs for the Class and approval of their selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

  Exhibit A: Press release announcing the pendency of a related putative securities fraud class action against Activision Blizzard, Inc. in the United States District Court for the Central District of California;

  Exhibit B: Shareholder Certifications of Goh and ASG Japan;

1

        Exhibit C:        Loss chart of Goh and ASG Japan; and

        Exhibit D:        Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 19, 2019, at New York, New York.

                                                    */s/ Jeremy A. Lieberman*
                                                    Jeremy A. Lieberman