UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| CHASE HAMANO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACTIVISION BLIZZARD, INC., et al.,<br><br>Defendants. | Case No. 1:19-cv-01741<br><br>CLASS ACTION<br><br>Judge Jorge L. Alonso |

MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

1543379_1

U.A. Local No. 393 Defined Benefit Pension Plan and Defined Contribution Plans ("Local No. 393") move this Court for an Order pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, appointing Local No. 393 as Lead Plaintiff and approving Local No. 393's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class. In support of this Motion, Local No. 393 submits a memorandum of law, a proposed order concurrently submitted to the Court's proposed order inbox, and true and correct copies of the following exhibits:

> Exhibit A: Notice of pendency of class action published on *Globe Newswire* on January 18, 2019;
>
> Exhibit B: Local No. 393's Certification;
>
> Exhibit C: Local No. 393's loss estimate, prepared by counsel; and
>
> Exhibit D: Robbins Geller Rudman & Dowd LLP's firm resume.

DATED: March 19, 2019  
ROBBINS GELLER RUDMAN  
  & DOWD LLP  
DANIELLE S. MYERS  
TRICIA L. McCORMICK  
JUAN CARLOS SANCHEZ


        s/ Danielle S. Myers  
        DANIELLE S. MYERS

655 West Broadway, Suite 1900  
San Diego, CA 92101  
Telephone: 619/231-1058  
619/231-7423 (fax)  
dmyers@rgrdlaw.com  
triciam@rgrdlaw.com  
jsanchez@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
FRANK A. RICHTER (IL Bar # 6310011)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
frichter@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 19, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ DANIELLE S. MYERS
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dmyers@rgrdlaw.com

1543379_1

# Mailing Information for a Case 1:19-cv-01741 Hamano v. Activision Blizzard, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **H. Nicholas Berberian**
  nberberian@nge.com,ecfdocket@nge.com

- **Collette Alison Brown**
  cbrown@ngelaw.com,lgrace@ngelaw.com,ecfdocket@ngelaw.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com,lhoeksema@cohenmilstein.com,efilings@cohenmilstein.com

- **Andrew Gordon May**
  amay@nge.com,ecfdocket@nge.com,cdennis@nge.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,drobinson@millerlawlllc.com,JRamirez@millerlawllc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`