UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| CHASE HAMANO, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:19-cv-01741 |
| | | CLASS ACTION |
| Plaintiff, | | |
| | | Judge Jorge L. Alonso |
| vs. | | |
| ACTIVISION BLIZZARD, INC., et al., | | |
| Defendants. | | |

NOTICE OF PRESENTMENT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

1543378_1

PLEASE TAKE NOTICE that on March 26, 2019, at 9:30 a.m., counsel for the U.A. Local

No. 393 Defined Benefit Pension Plan and Defined Contribution Plans ("Local No. 393"), shall

appear before the Honorable Jorge L. Alonso, United States District Judge, in Courtroom 1903,

Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois

60604, and present Local No. 393's Motion for Appointment as Lead Plaintiff and Approval of Lead

Plaintiff's Selection of Lead Counsel.

DATED:  March 19, 2019                                   ROBBINS GELLER RUDMAN
                                                          & DOWD LLP
                                                        DANIELLE S. MYERS
                                                        TRICIA L. McCORMICK
                                                        JUAN CARLOS SANCHEZ


                                                               s/ Danielle S. Myers
                                                          DANIELLE S. MYERS

                                                        655 West Broadway, Suite 1900
                                                        San Diego, CA  92101
                                                        Telephone:  619/231-1058
                                                        619/231-7423 (fax)
                                                        dmyers@rgrdlaw.com
                                                        triciam@rgrdlaw.com
                                                        jsanchez@rgrdlaw.com

                                                        ROBBINS GELLER RUDMAN
                                                          & DOWD LLP
                                                        FRANK A. RICHTER (IL Bar # 6310011)
                                                        200 South Wacker Drive, 31st Floor
                                                        Chicago, IL  60606
                                                        Telephone:  312/674-4674
                                                        312/674-4676 (fax)
                                                        frichter@rgrdlaw.com

                                                        [Proposed] Lead Counsel for [Proposed] Lead
                                                        Plaintiff

- 1 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 19, 2019, I authorized the electronic

filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I

hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the

non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DANIELLE S. MYERS
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
      & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dmyers@rgrdlaw.com

1543378_1

# Mailing Information for a Case 1:19-cv-01741 Hamano v. Activision Blizzard, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **H. Nicholas Berberian**
  nberberian@nge.com,ecfdocket@nge.com

- **Collette Alison Brown**
  cbrown@ngelaw.com,lgrace@ngelaw.com,ecfdocket@ngelaw.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com,lhoeksema@cohenmilstein.com,efilings@cohenmilstein.com

- **Andrew Gordon May**
  amay@nge.com,ecfdocket@nge.com,cdennis@nge.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,drobinson@millerlawlllc.com,JRamirez@millerlawllc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)