# Exhibit A

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Robert Landry , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s).

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Activision Blizzard, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this March 18, 2019.

Name: Robert Landry

Signed:

*/s/ Landry/*

## Schedule A
Transactions of Robert Landry in Activision Blizzard, Inc. (ATVI)

**Client Name** Robert Landry
**Company Name** Activision Blizzard, Inc.
**Ticker Symbol** ATVI
**Class Period Start** 8/2/2018
**Class Period End** 1/10/2019

| Date | Puchase or Sale | Type of Security | Quantity | Price per Security |
|---|---|---|---|---|
| 11/7/2018 | Purchase | Common Stock | 200 | $64.6300 |
| 11/7/2018 | Purchase | Common Stock | 9,800 | $64.6400 |
| 11/9/2018 | Sale | Common Stock | (6) | $65.4100 |
| 11/9/2018 | Sale | Common Stock | (78) | $65.4000 |
| 11/9/2018 | Sale | Common Stock | (9,776) | $65.3900 |
| 11/9/2018 | Sale | Common Stock | (140) | $65.4200 |
| 11/13/2018 | Purchase | Common Stock | 800 | $63.9700 |
| 11/13/2018 | Purchase | Common Stock | 900 | $63.9900 |
| 11/13/2018 | Purchase | Common Stock | 8,300 | $64.0000 |
| 11/14/2018 | Purchase | Common Stock | 10,000 | $54.0000 |

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, Kenneth Mulders, individually and on behalf of R N Croft Financial Group Inc. ("Movant") for which I am Chief Compliance Officer duly certify and say, as to the claims asserted under the federal securities laws, that:

1. Movant has reviewed a complaint filed in this action.

2. Movant did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Movant is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Movant's transaction(s) in Activision Blizzard, Inc. securities which are the subject of this litigation during the class period (are) set forth in the chart attached hereto.

5. Within the last 3 years, Movant has not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. Movant will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify, under penalty of perjury, that the foregoing is true and correct. Executed this 17th day of March, 2019.

_____
Kenneth Mulders, Chief Compliance Officer
R N Croft Financial Group Inc.

## Schedule A
Transactions of R N Croft Financial Group Inc. in Activision Blizzard, Inc. (ATVI)

**Client Name**      R N Croft Financial Group Inc.
**Company Name**      Activision Blizzard, Inc.
**Ticker Symbol**      ATVI
**Class Period Start**      8/2/2018
**Class Period End**      1/10/2019

| Date | Puchase or Sale | Type of Security | Quantity | Price per Security |
|---|---|---|---|---|
| 10/19/2018 | Sale | Put, 11/16/2018 @ $70.00 | (223) | $3.3000 |
| 11/9/2018 | Purchase | Common Stock | 2,500 | $70.0000 |
| 11/12/2018 | Purchase | Common Stock | 700 | $70.0000 |
| 11/14/2018 | Purchase | Common Stock | 1,900 | $70.0000 |
| 11/16/2018 | Purchase | Common Stock | 17,200 | $70.0000 |
| 11/20/2018 | Purchase | Common Stock | 1,600 | $49.1690 |
| 11/20/2018 | Purchase | Common Stock | 4,600 | $49.1360 |
| 11/20/2018 | Purchase | Common Stock | 2,000 | $49.0820 |
| 12/21/2018 | Sale | Common Stock | (1,800) | $45.0960 |
| 12/21/2018 | Sale | Common Stock | (4,737) | $45.0630 |
| 12/21/2018 | Sale | Common Stock | (5,572) | $45.0080 |
| 12/21/2018 | Sale | Common Stock | (3,563) | $45.0420 |
| 12/21/2018 | Sale | Common Stock | (14,828) | $45.1410 |