# Exhibit D

3/18/2019 Print - Pomerantz Law Firm Announces the Filing of a Class Action against Activision Blizzard, Inc. and Certain Officers – ATVI

Case: 1:19-cv-01741 Document #: 25-3 Filed: 03/19/19 Page 2 of 3 PageID #:591

*Source:* Pomerantz LLP

January 18, 2019 19:41 ET

# Pomerantz Law Firm Announces the Filing of a Class Action against Activision Blizzard, Inc. and Certain Officers – ATVI

NEW YORK, Jan. 18, 2019 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Activision Blizzard, Inc. ("Activision Blizzard" or the "Company") (NASDAQ: ATVI) and certain of its officers. The class action, filed in United States District Court, Central District of California, and docketed under 19-cv-00423, is on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired Activision securities between August 2, 2018 and January 10, 2019, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Activision Blizzard securities between August 2, 2018, and January 10, 2019, both dates inclusive, you have until March 19, 2019, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and number of shares purchased.

[Click here to join this class action]

Activision Blizzard develops and distributes content and services on video game consoles, personal computers (PC), and mobile devices.

On April 29, 2010, the Company announced its entry, through its wholly-owned subsidiary Activision Publishing, Inc., into an agreement with Bungie, Inc. ("Bungie"), the developer of blockbuster game franchises including *Halo*, *Myth,* and *Marathon*. The agreement with Bungie gave Activision Blizzard exclusive rights to publish and distribute video games developed by Bungie for the next ten years.

The partnership between Activision Blizzard and Bungie yielded the commercially successful *Destiny* franchise, a series of science fiction-themed video games. In September 2014, Activision Blizzard released *Destiny*, the first installment in the franchise, developed by Bungie. Activision Blizzard announced that the Company sold $500 million of *Destiny* into retail stores and first parties worldwide on the first day of its release, making the game the largest video game franchise launch in history at that time. Over the following two years, Bungie developed and Activision Blizzard released four expansions for *Destiny*. In September 2017, Activision Blizzard released a full sequel, *Destiny 2*. On September 15, 2017, Activision Blizzard announced that *Destiny 2* had "surpassed the original's records for engagement and digital sales in launch week." To date, Bungie has developed and Activision Blizzard has released three expansions for *Destiny 2*.

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the termination of Activision Blizzard and Bungie's partnership, giving Bungie full publishing rights and responsibilities for the *Destiny* franchise, was imminent; (ii) the termination of the two companies' relationship would foreseeably have a significant negative impact on Activision Blizzard's revenues; and (iii) as a result, Activision Blizzard's public statements were materially false and misleading at all relevant times.

On January 10, 2019, Activision Blizzard and Bungie announced the end of their business relationship. That same day, in an Securities and Exchange Commission filing, Activision Blizzard stated that Bungie

3/18/2019 Print - Pomerantz Law Firm Announces the Filing of a Class Action against Activision Blizzard, Inc. and Certain Officers – ATVI

Case: 1:19-cv-01741 Document #: 23-3 Filed: 03/19/19 Page 3 of 3 PageID #:592

"would assume full publishing rights and responsibilities for the Destiny franchise. Going forward, Bungie will own and develop the franchise."

Following these announcements, the Company's stock price fell $4.81 per share, or 9.37%, to close at $46.54 on January 11, 2019.

The Pomerantz Firm, with offices in New York, Chicago, Florida, and Los Angeles, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com