

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1.  Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2.  Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Collette Alison Woghiren

Firm    Neal, Gerber & Eisenberg LLP

Street Address   2 North LaSalle, Street, Suite 1700

City/State/Zip Code   Chicago/IL/60602

Phone Number   312-269-8000

Email address  cwoghiren@nge.com

ARDC (Illinois State Bar members, only)  6312422

If you have previously filed an appearance with this court using a different name, enter that name.
Collette A. Brown

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 19-cv-01741 | Hamano v. Activision | Hon. Jorge L. Alonso |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Collette A. Woghiren                           3/20/2019
_____      _____
Signature of Attorney                              Date

Rev. 01272016