

BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION



MDL Docket No. _____

| | |
|---|---|
| In re Activision Blizzard, Inc. Securities Litigation | MOTION OF CHASE HAMANO FOR TRANSFER OF RELATED ACTIONS TO THE NORTHERN DISTRICT OF ILLINOIS FOR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407 |

    Plaintiff Chase Hamano, in the *Hamano v. Activision Blizzard Inc., et al.*, Docket No. 1:19-cv-01741 (N.D. Ill.) (the "N.D. Ill. Action") hereby respectfully requests an order pursuant to 28 U.S.C. § 1407, transferring the *Labade v. Activision Blizzard Inc., et al.*, Docket No. 2:19-cv-00423 (C.D. Cal.); *Winckler v. Activision Blizzard Inc., et al.*, Docket No. 1:19-cv-02095 (S.D.N.Y.); and *Hamano v. Activision Blizzard Inc., et al.*, Docket No.: 1:19-cv-01741 (N.D. Ill.); (collectively the "Activision Blizzard Securities Actions" or the "Related Actions") to the Honorable Jorge L. Alonso in the United States District Court for the Northern District of Illinois. The grounds in support of Movant's motion are set forth in the accompanying memorandum.

DATED: March 14, 2019                        Respectfully Submitted,

                                              By:/s/Ian D. Berg
                                              Ian D. Berg
                                              Jeffrey S. Abraham
                                              **ABRAHAM, FRUCHTER & TWERSKY, LLP**
                                              One Penn Plaza, Suite 2805
                                              New York, New York 10119
                                              Tel. (212) 279-5050
                                              Fax. (212) 279-3655
                                              JAbraham@aftlaw.com
                                              IBerg@aftlaw.com

- 1 -

Marvin A. Miller
**MILLER LAW LLC**
115 S. LaSalle Street, Suite 2910
Chicago, Illinois 60603
Tel. (312) 332-3400
Fax. (312) 676-2676
mmiller@millerlawllc.com
*Attorneys for Movant Chase Hamano*