

ABRAHAM, FRUCHTER & TWERSKY, LLP

**FILED**
MAR 18 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

March 14, 2019

<u>By Fedex</u>

Clerk, Northern District Illinois
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

To Whom It May Concern,

    Enclosed please find a copy of the Initial Motion for Transfer of Related Actions to the Northern District of Illinois for Consolidated Pretrial Proceedings and all related documents in MDL Case Pending No. 13.

Sincerely,

Matthew E. Guarnero

NEW YORK tel: 212.279.5050 fax: 212.279.3655
One Penn Plaza, Suite 2805, New York, NY 10119

CALIFORNIA tel: 858.764.2580 fax: 858.764.2582
11622 El Camino Real, Suite 100, San Diego, CA 92130

aftlaw.com

