UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHASE HAMANO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>Defendants. | Case No. 1:19-cv-01741<br>Honorable Jorge L. Alonso<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
ACTIVISION BLIZZARD, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant Activision Blizzard, Inc., through its undersigned counsel, certifies as follows:

Activision Blizzard, Inc. is a publicly traded company that has no parent company. No publicly held company owns 10% or more of Activision Blizzard, Inc.'s stock. The following publicly held company owns more than 5% of Activision Blizzard, Inc.'s stock: Blackrock Inc.

Dated: March 21, 2019

H. NICHOLAS BERBERIAN (3121551)
COLLETTE A. WOGHIREN (6312422)
NEAL, GERBER & EISENBERG LLP
Two North Lasalle Street, Suite 1700
Chicago, Il 60602-3801
Telephone: (312) 269-8000

By: */s/ H. Nicholas Berberian*
    H. Nicholas Berberian

KOJI F. FUKUMURA (*pro hac vice* forthcoming)
RYAN E. BLAIR (*pro hac vice* forthcoming)
ERIN C. TRENDA (*pro hac vice* forthcoming)
COOLEY LLP

4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000

Attorneys for Defendants
ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, and COLLISTER JOHNSON

## CERTIFICATE OF SERVICE

Collette A. Woghiren, an attorney, states that she caused a copy of the **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ACTIVISION BLIZZARD, INC.** to be served on all counsel of record via electronic filing using the United States District Court for the Northern District of Illinois CM/ECF system which sent notification of such filing on the 21st day of March, 2019.

/s/     Collette A. Woghiren