**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Chase Hamano

                              Plaintiff,

v.                                                    Case No.: 1:19–cv–01741
                                                      Honorable Jorge L. Alonso

Activision Blizzard, Inc., et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 1, 2019:

     MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. For the reasons stated on the record, Defendants' motion to transfer venue [8] is granted. Movant U.A. Local No. 393 Defined Benefit Pension Plan and Defined Contribution Plans' motion for appointment as lead Plaintiff and approval of lead Plaintiff's selection of lead counsel [21] is denied as moot without prejudice. Plaintiff's motion for transfer of related actions for consolidated pretrial proceedings [27] is denied as moot. This case is transferred to the Central District Of California forthwith. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.